UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA**

vs.

**JENNIFER LYNN REID**

JUDGMENT IN A CRIMINAL CASE

Case Number: 7:08-CR-177 (GHL)

<u>Lionel Hector, Esq.</u>
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF:**

XX  guilty __ nolo contendere as to count(s) <u>1 of the Information.</u>

**THE DEFENDANT IS CONVICTED OF THE OFFENSE(S) OF:** Possession of Marijuana, in violation of Title 21 United States Code, Section(s) 844 (a).

**DATE OFFENSE CONCLUDED:** September 1, 2007

**IT IS THE JUDGMENT OF THIS COURT THAT:** Defendant is ordered to pay a fine of $1000.00 and special assessment of $25.00. Total amount of the fine and special assessment amounts to $1025.00, payable no later than December 15, 2008. Payment shall be made to the Clerk, U.S. District Court, at 100 S. Clinton Street, Syracuse, NY 13261. Until all fines, restitution, special assessments and costs are fully paid, defendant shall immediately notify the United States Attorney for this district of any change in name or address.

<u>September 10, 2008</u>
Date of Imposition of Sentence

<u>September 25, 2008</u>
DATE SIGNED

<u>George H. Lowe</u>
GEORGE H. LOWE
U.S. MAGISTRATE JUDGE